**Affirmed; Opinion Filed February 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01032-CR

**WILLIAM TRAVIS HENDRIX, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82878-2017**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Myers

Appellant William Travis Hendrix appeals his conviction for evading arrest and detention with a motor vehicle, following his plea of guilty. The trial court assessed punishment at five years' confinement.

On appeal, appellant's attorney filed a brief in which she concluded the appeal was frivolous and without merit. We granted counsel's motion to withdraw and abated the appeals while the trial court appointed new counsel for appellant, who we asked, upon his appointment, to determine whether he would adopt the existing brief or file a supplemental or amended brief. The newly appointed counsel subsequently filed a motion to withdraw in which he stated that he had thoroughly reviewed the record, the relevant law, and the brief filed by the previous counsel, and that he likewise concluded the appeal was without merit and frivolous. He moved to adopt the

existing appellant's brief and asked us to grant his pending motion to withdraw as counsel.

We conclude the brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why there are no arguable grounds of error to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). In her *Anders* brief, the previous counsel certified that on April 5, 2019, she served a copy of the brief and her motion to withdraw on appellant by United States Postal Service certified mail to appellant's last known address at the Collin County Detention Center. On April 23, 2019, we sent a letter to appellant notifying him that his attorney had filed a brief in which she determined the appeal was frivolous and without merit; that he had the right to file a pro se response; that counsel had informed the Court that a copy of the record had been made available to appellant; and that if appellant desired to file a response he should do so by May 23, 2019, or the case would be submitted on the brief of his attorney. On August 6, 2019, we sent another letter to appellant stating that in April 2019 we had notified him via letter that his attorney had filed an *Anders* brief; that in July 2019 new counsel had been appointed; and that the new counsel had adopted the *Anders* brief and filed a motion to withdraw, a copy of which was enclosed with the letter. Appellant did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal. We grant counsel's motion to withdraw.

We affirm the trial court's judgment.

/Lana Myers/<br>
LANA MYERS<br>
JUSTICE

Do Not Publish<br>
Tᴇx. R. Aᴘᴘ. P. 47.2(b)<br>
181032F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

WILLIAM TRAVIS HENDRIX, Appellant

No. 05-18-01032-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-82878-2017.
Opinion delivered by Justice Myers.
Justices Schenck and Carlyle participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 13th day of February, 2020.